UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW HARVEY | CIVIL ACTION |
| VERSUS | NO. 10-1495 |
| DENNIS WHEAT, WARDEN | SECTION "A" (6) |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the State's motion to dismiss (Rec. Doc. 10) is hereby GRANTED and the petition of Andrew Harvey for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DISMISSED WITHOUT PREJUDICE for failure to exhaust.

New Orleans, Louisiana, this 13th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE